THOMAS O'BRIEN, Respondent, *v.* DAVID K. MCCARTHY et al.,
                as Executors, etc., Appellants.*

(Argued February 8, 1895; decided February 26, 1895.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered

_____
* Reported below, 71 Hun, 427.

upon an order made September 12, 1893, which affirmed a judgment in favor of plaintiff entered upon the report of a referee.

*Louis Marshall* for appellants.

*C. G. Baldwin* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.